USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 1 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
Charles Kupfer,

              Plaintiff,

    - against -

Federal Republic of Germany, et al.,

             Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER
07 Civ. 8589 (PAC)

      HONORABLE PAUL A. CROTTY, United States District Judge:

      The above-referenced case, which has been pending for 141 days, was assigned to this court on October 3, 2007. Our files and CM / ECF reflect that the complaint was never served on the defendants. It is hereby,

      **ORDERED,** that plaintiff's counsel communicate with the court, in writing, as to why plaintiff has failed to serve the summons and complaint within the 120 days as prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if you believe that the defendant has been served, when and in what manner such service was made.

      **IT IS FURTHER ORDERED,** that if we do not receive any communication from plaintiff's counsel by **Wednesday, February 27, 2008,** showing good cause why such service was not made within the 120 days, the court will dismiss the case for lack of prosecution. Please visit the court's individual practices at http://www1.nysd.uscourts.gov/judges.php?show=district with respect to communication with chambers.

Dated: New York, New York
       February 21, 2008

SO ORDERED

*(signature)*
PAUL A. CROTTY
United States District Judge