# EDWARD D. FAGAN ESQ.
5 Penn Plaza, 23rd Fl., New York, NY 10001
Tel. (646) 378-2225, (Fax) 304-6446 & Email: faganlawintl@aim.com

<u>Via Fax (212) 805-6304</u>
Honorable Paul A. Crotty USDJ
United States District Court
Southern District of New York
500 Pearl Street, Chambers, Room 735
New York, NY 10007

Wednesday 27 February 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 27 2008

8589

Re: <u>Kupfer v. Federal Republic of Germany et al</u> 07-cv-8580 (PAC)

Honorable Judge:

I am Plaintiff's counsel in the above referenced matter.

I am in receipt of the Court's February 21, 2008 Order to Show Cause and wish to advise the Court of the following:

1. <u>As to Service on the Individual Bank Defendants</u> - Rule 4 Requests for Waivers of Service together with copies of the Complaint were sent to all Bank Defendants. Affidavits will be filed with the Court within the next few days.

2. <u>As to Service on the Federal Republic</u> – Plaintiff will need an extension of time to effectuate <u>service</u> through the Hague Convention or to get the consent of counsel for the Federal Republic to accept service. I will file a formal Motion to extend the time within the next few days.

I respectfully request that the Court consider this response and permit Plaintiff to continue prosecution of this case.

Thank you for the Court's consideration in this regard.

Respectfully submitted,

*[signature]*

Edward D. Fagan

EDF/

**MEMO ENDORSED**

*[Handwritten]:* The Court grants another 60 days in which to service process.

SO ORDERED:
*[signature]*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE