UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CHARLES KUPFER,                                    :
                                  PLAINTIFF,             :
                                                :
       V.                                                                  :          CIVIL ACTION #
                                                :          07-CV-8580 (PAC)
FEDERAL REPUBLIC OF GERMANY;               :
NORDDEUTSCHE LANDESBANK                    :
      GIROZENTRALE HANNOVER a/k/a          :
      NORDDEUTSCHE LANDESBANK              :
      GIROZENTRALE NEW YORK BRANCH;  :
HSH NORDBANK AG a/k/a                                  :
   HSH NORDBANK AG NEW YORK BRANCH;  :
WESTLB AG, DUESSELDORF a/k/a               :
   WESTLB AG NEW YORK BRANCH;            :
HELABA LANDESBANK HESSEN- THUERINGEN :
      FRANKFURT AM MAIN a/k/a                    :
      HELABA LANDESBANK HESSEN-           :
      THUERINGEN NEW YORK BRANCH; and  :
LBBW LANDESBANK BADEN-WUERTTEMBERG :
      STUTTGART a/k/a LBBW NIEDERLASSUNG :
   NEW YORK BRANCH,                                     :
                                  DEFENDANTS.       :
------------------------------------------------------------------------X

=================================================================
**NOTICE OF FILING OF RULE 4 REQUEST FOR WAIVER OF SERVICE
AS TO ALL DEFENDANTS**
=================================================================

Edward D. Fagan hereby declares and says:

1. I am plaintiffs counsel in this matter.

2. I submit this Notice of Filing of the Rule 4 Request for Waiver of Service on all Defendants.

3. The Rule 4 Request for Waiver were re-sent April 28, 2008 and have not been received back.

4. In light of this fact, additional hard copies of the Summons and Complaints have been given to Plaintiffs Process server and additional Declarations of Service will be filed on May 9, 2008.

5. Hard copies will be delivered to the Court.

Dated:  May 8, 2008                          */s/ Edward D. Fagan (electronically filed)*
          New York, NY                                     Edward Fagan

FEDERAL REPUBLIC OF GERMANY
c/o Jeffrey A. Harris Esq. & Max Riederer von Paar
Rubin, Winston, Dierks, Harris & Cooke LLP, 1155 Conn. Ave., NW, 6th Floor
Washington, DC  20036

--------------------------------

NORDDEUTSCHE LANDESBANK GIROZENTRALE HANNOVER
a/k/a
NORDDEUTSCHE LANDESBANK GIROZENTRALE NEW YORK
1114 Avenue of the Americas, 37th Floor New York, NY 10036.

--------------------------------

HSH NORDBANK AG, KIEL
a/k/a
HSH NORDBANK AG NEW YORK
230 Park Avenue, New York, NY 10169-0005

--------------------------------

WESTLB AG, DUESSELDORF
a/k/a
WESTLB AG NEW YORK
1211 Avenue of the Americas New York, NY 10036

--------------------------------

HELABA LANDESBANK HESSEN- THUERINGEN, FRANKFURT AM MAIN
a/k/a
HELABA LANDESBANK HESSEN- THUERINGEN NEW YORK
420 Fifth Avenue, New York, N. Y. 10018

--------------------------------

LBBW LANDESBANK BADEN-WUERTTEMBERG, STUTTGART
a/k/a
LBBW NIEDERLASSUNG NEW YORK
280 Park Avenue, 31st Floor, West Building, New York, New York 10017

**Certificate of Service**

**I hereby certify that this document has been electronically filed with the Clerk of the Court, to all counsel of record and a courtesy copy hard copy is being provided to the Hon. Paul A. Crotty USDJ.**

Dated:   May 8, 2008                                           */s/ Edward D. Fagan (electronically filed)*
           New York, NY                                                      Edward Fagan