UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | | |
|---|---|---|
| Charles Kupfer, | Plaintiff, | : |
| v. | | : Civil Action # |
| | | : 07-cv-8589 (PAC) |
| Federal Republic of Germany; | | : |
| Norddeutsche Landesbank Girozentralle Hannover | | : |
|   a/k/a Norddeutsche Landesbank Girozentrale NY Branch;| | : |
| HSH Nordbank AG a/k/a HSH Nordbank AG NY Branch; | | : |
| WestLB AG, Duesseldorf a/k/a WestLB AG NY Branch; | | : |
| Helaba Landesbank Hessen-Thueringen Frankfurt am Main | | : |
|   a/k/a Helaba Landesbank Hessen-Thueringen NY Branch; | | |
| and | | : |
| LBBW Landesbank Baden-Wuerttemberg Stuttgart | | : |
|   a/k/a LBBW Niederlassung NY Branch, | | : |
| | Defendants. | : |

-----------------------------------------------------------------X

## DECLARATION OF PERSONAL SERVICE ALL BANK DEFENDANTS

Edward D. Fagan hereby declares and says:

1. I am Plaintiffs' counsel.

2. On May 16, 2008, I made personal service of the Conformed Summons and Complaint on (i) Norddeutsche Landesbank Girozentrale Hannover a/k/a Norddeutsche Landesbank Girozentrale, New York 1114 Avenue of the Americas, 37th Floor, New York, NY 10036, (ii) HSH Nordbank AG, Kiel a/k/a HSH Nordbank AG New York, 230 Park Avenue, New York, NY 10169-0005, (iii) WestLB AG, Duesseldorf a/k/a WestLB AG New York, 1211 Avenue of the Americas New York, NY 10036, (iv) Helaba Landesbank Hessen- Thueringen, Frankfurt am Main a/k/a Helaba Landesbank Hessen- Thueringen New York, 420 Fifth Avenue, New York, N. Y. 10018, (v) LBBW Landesbank Baden-Wuerttemberg, Stuttgart a/k/a LBBW Niederlassung New York, 280 Park Avenue, 31st Floor, West Building, New York, New York 100171. *See Exhibit 1.*

3. The foregoing statements are true and accurate.

Dated: May 16, 2008  
       New York, NY

                                              _____  
                                              Edward Fagan

## **CERTIFICATE OF SERVICE**

A copy of the within May 16, 2008 Declaration of Personal Service was electronically filed with the Court, and a courtesy hard copy is being delivered to the Hon. Paul A. Crotty USDJ.

A courtesy electronic copy was filed with all counsel of record.

Dated: May 16, 2008
New York, NY

_____
Edward D. Fagan

# DEFENDANTS TO BE SERVED:

**FEDERAL REPUBLIC OF GERMANY**
Federal Ministry of Finance, Wilhelmstrasse 97, 10117 Berlin, Germany

----------

**NORDDEUTSCHE LANDESBANK GIROZENTRALE HANNOVER**
a/k/a
**NORDDEUTSCHE LANDESBANK GIROZENTRALE NEW YORK**
1114 Avenue of the Americas, 37th Floor New York, NY 10036.

*5/16/08 By: CORDTS REGINA*

----------

**HSH NORDBANK AG, KIEL**
a/k/a
**HSH NORDBANK AG NEW YORK**
230 Park Avenue, New York, NY 10169-0005

*B Burnat 5/16/08*

----------

**WESTLB AG, DUESSELDORF**
a/k/a
**WESTLB AG NEW YORK**
1211 Avenue of the Americas New York, NY 10036

*Rec'd 5/16/08*

----------

**HELABA LANDESBANK HESSEN- THUERINGEN, FRANKFURT AM MAIN**
a/k/a
**HELABA LANDESBANK HESSEN- THUERINGEN NEW YORK**
420 Fifth Avenue, New York, N. Y. 10018

*5/16/08 Bernd Haeger*

----------

**LBBW LANDESBANK BADEN-WUERTTEMBERG, STUTTGART**
a/k/a
**LBBW NIEDERLASSUNG NEW YORK**
280 Park Avenue, 31st Floor, West Building, New York, New York 10017

*Scheffele 5/16/08*