UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **Charles Kupfer** | : | |
| | : | |
|    **Plaintiff,** | : | |
| | : | Case No.  07 CV 8589 |
|    v. | : | |
| | : | (Electronically Filed) |
| **The Federal Republic of Germany, et. al** | : | |
| | : | |
|    **Defendants.** | : | |

To the Clerk of this court and all parties of record:

     Please enter my appearance for the defendants Norddeutsche Landesbank Girozentrale, HSH Nordbank AG, West LB AG, Landesbank Hessen-Thüringen Girozentrale (Helaba), and LBBW Landesbank Baden-Württemberg.  I certify that I am admitted to practice in this Court.

 

s/ *Jeffrey Harris*
Jeffrey Harris,
Rubin, Winston, Diercks,
    Harris & Cooke, L.L.P.
Sixth Floor
1155 Connecticut Ave., N.W.
Washington, D.C. 20036
(202) 861-0870

Attorneys for
Norddeutsche Landesbank Girozentrale,
HSH Nordbank AG,
West LB AG,
Landesbank Hessen-Thüringen Girozentrale (Helaba),
LBBW Landesbank Baden-Württemberg.

## CERTIFICATE OF SERVICE

I, Jeffrey Harris, an attorney, do certify that I caused a copy of the Notice of Appearance to be served to the following ECF users by ECF this 3rd day of June 2008:

ECF:
Edward D. Fagan, Esq.

                                                      s/ *Jeffrey Harris*
                                                      Jeffrey Harris