Jeffrey Harris, JH 2121
Max Riederer von Paar
Rubin, Winston, Diercks, Harris & Cooke, LLP
Sixth Floor
1155 Connecticut Ave., N.W.
Washington, DC 20036
(202) 861-0870

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **Charles Kupfer** | : | |
| | : | |
|     **Plaintiff,** | : | |
| | : | Case No.  07 CV 8589 |
|     v. | : | |
| | : | (Electronically Filed) |
| **The Federal Republic of Germany, et. al** | : | |
| | : | |
|     **Defendants.** | : | |

**Federal Rule of Civil Procedure 7.1 Corporate Disclosure Statement**
**of Defendant Norddeutsche Landesbank Girozentrale**

Defendant Norddeutsche Landesbank Girozentrale does not have any parent corporation and does not have any publically traded corporation that owns 10% or more of its stock.

    s/ *Jeffrey Harris*
Jeffrey Harris
Max Riederer von Paar
Rubin, Winston, Diercks,
    Harris & Cooke, L.L.P.
Sixth Floor
1155 Connecticut Ave., N.W.
Washington, D.C. 20036
(202) 861-0870

Attorneys for
Norddeutsche Landesbank Girozentrale,

## CERTIFICATE OF SERVICE

    I, Jeffrey Harris, an attorney, do certify that I caused a copy of the Federal Rule of Civil Procedure 7.1 Corporate Disclosure Statement of Defendant Norddeutsche Landesbank Girozentrale to be served to the following ECF users by ECF this 17th day of June 2008:

ECF:
Edward D. Fagan, Esq.

                                                s/ *Jeffrey Harris*
                                                    Jeffrey Harris