Jeffrey Harris, JH 2121
Max Riederer von Paar
Rubin, Winston, Diercks, Harris & Cooke, LLP
Sixth Floor
1155 Connecticut Ave., N.W.
Washington, DC 20036
(202) 861-0870

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **Charles Kupfer** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | Case No.  07 CV 8589 |
| v. | : | |
| | : | (Electronically Filed) |
| **The Federal Republic of Germany, et. al** | : | |
| | : | |
| **Defendants.** | : | |

### Federal Rule of Civil Procedure 7.1 Corporate Disclosure Statement
### of Defendant  West LB AG

Defendant  West LB AG does not have any parent corporation and does not have any publically traded corporation that owns 10% or more of its stock.

                                              s/ *Jeffrey Harris*
                                              Jeffrey Harris
                                              Max Riederer von Paar
                                              Rubin, Winston, Diercks,
                                                  Harris & Cooke, L.L.P.
                                              Sixth Floor
                                              1155 Connecticut Ave., N.W.
                                              Washington, D.C. 20036
                                              (202) 861-0870

                                              Attorneys for
                                              West LB AG

## CERTIFICATE OF SERVICE

    I, Jeffrey Harris, an attorney, do certify that I caused a copy of the Federal Rule of Civil Procedure 7.1 Corporate Disclosure Statement of Defendant West LB AG to be served to the following ECF users by ECF this 17th day of June 2008:

ECF:
Edward D. Fagan, Esq.

                                                            s/ *Jeffrey Harris*
                                                              Jeffrey Harris