Jeffrey Harris, JH 2121
Max Riederer von Paar
Rubin, Winston, Diercks, Harris & Cooke, LLP
Sixth Floor
1155 Connecticut Ave., N.W.
Washington, DC 20036
(202) 861-0870

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **Charles Kupfer** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Case No.  07 CV 8589** |
| **v.** | : | |
| | : | **(Electronically Filed)** |
| **The Federal Republic of Germany, et. al** | : | |
| | : | |
| **Defendants.** | : | |

### Federal Rule of Civil Procedure 7.1 Corporate Disclosure Statement
### of Defendant  Landesbank Hessen-Thüringen Girozentrale (Helaba)

Defendant  Landesbank Hessen-Thüringen Girozentrale (Helaba) does not have any

parent corporation and does not have any publically traded corporation that owns 10% or more of

its stock.


s/ *Jeffrey Harris*
            Jeffrey Harris

                                        Max Riederer von Paar
                                        Rubin, Winston, Diercks,
                                               Harris & Cooke, L.L.P.
                                        Sixth Floor
                                        1155 Connecticut Ave., N.W.
                                        Washington, D.C. 20036
                                        (202) 861-0870

                                        Attorneys for
                                        Landesbank Hessen-Thüringen Girozentrale
                                        (Helaba)

**<u>CERTIFICATE OF SERVICE</u>**

I,  Jeffrey Harris, an attorney, do certify that I caused a copy of the Federal Rule of Civil Procedure 7.1 Corporate Disclosure Statement of Defendant  Landesbank Hessen-Thüringen Girozentrale (Helaba) to be served to the following ECF users by ECF this 17th  day of June 2008:

<u>ECF:</u>
Edward D. Fagan, Esq.

s/ *Jeffrey Harris*
Jeffrey Harris