Jeffrey Harris, JH 2121
Max Riederer von Paar
Rubin, Winston, Diercks, Harris & Cooke, LLP
Sixth Floor
1155 Connecticut Ave., N.W.
Washington, DC 20036
(202) 861-0870

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **Charles Kupfer** | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No.  07 CV 8589 |
| v. | : | |
| | : | (Electronically Filed) |
| The Federal Republic of Germany, et. al | : | |
| | : | |
| Defendants. | : | |

**Federal Rule of Civil Procedure 7.1 Corporate Disclosure Statement**
**of Defendant  LBBW Landesbank Baden-Württemberg**

Defendant  LBBW Landesbank Baden-Württemberg does not have any parent corporation and does not have any publically traded corporation that owns 10% or more of its stock.

                                                            s/ *Jeffrey Harris*
                                                          Jeffrey Harris
                                                          Max Riederer von Paar
                                                          Rubin, Winston, Diercks,
                                                               Harris & Cooke, L.L.P.
                                                          Sixth Floor
                                                          1155 Connecticut Ave., N.W.
                                                          Washington, D.C. 20036
                                                          (202) 861-0870

                                                          Attorneys for
                                                          LBBW Landesbank Baden-Württemberg

**CERTIFICATE OF SERVICE**

    I, Jeffrey Harris, an attorney, do certify that I caused a copy of the Federal Rule of Civil Procedure 7.1 Corporate Disclosure Statement of Defendant LBBW Landesbank Baden-Württemberg to be served to the following ECF users by ECF this 17th day of June 2008:

ECF:
Edward D. Fagan, Esq.

                                                   s/ *Jeffrey Harris*
                                                   Jeffrey Harris